No.

FILED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In The

# District Court of the United States – District of Columbia

Marvin E. Green

CASE NUMBER   1:06CV01008

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Revie

DATE STAMP: 5/30/2006

On petition for leave to use the CM/ECF system Pro Se In Forma Pauperis

MOTION FOR CM/ECF PASSWORD

Marvin E. Green
PSC 808 BOX 15
FPO AE 09618-0015
+39-335-773-9719
marvin.green@eu.dodea.edu

Preface

Working as a government employee in the overseas area - I have been unable to secure attorney represented access to the Federal Courts. I now wish to proceed Pro Se. I wish to utilize the CM / ECF / PACER system. Additionally, due to the hardship imposed by distance, I request a waiver of the in-person training.

Questions Presented for Review:

1. Will Plaintiff be able to utilize the system from a technical standpoint?
2. Is the Federal District - D.C. court the appropriate venue?
3. Will Plaintiff be able to tender technically acceptable legal documents?
4. Has Plaintiff made a reasonable effort to obtain professional representation making this CM/ECF venue the only viable access to an impartial hearing?

Brief Answers:

1. As a GS-2210-12 employee I have experience with analogous systems. I have Acrobat 6 professional version and a scanner that outputs PDF documents. I understand the binding signatory aspect of my CM/ECF usercode and password.
2. Agencies and principals working for and within the Dept. of Defense will be the defendants.
3. I am currently engaged in legal self training. The accompanying court submission represents a second attempt and a marked improvement over attempt number one.
4. I have made more than 8 attempts to secure legal representation. Lawyers are readily available for simple matters. At the first sign of the complexity of multiple issues - they shy away. A client at considerable distance with multiple issues represents a low probability of an adequate return on the investment of time and effort. A fair hearing with the possibility of trial is not a credited possible outcome to most participants; (a), Lawyers who must overcome this lack of credibility in the eyes of the Agencies they confront do it through "cookie cutter" legal writing, reusing phraseology and arguments that have worked before and going with only the simplest of cases, (b), those Federal Agencies that operate at considerable physical distance from the Courts are shielded from the probability of a trial by distance and the likelihood that parties such as myself will give up before putting in the effort and travel required. As a result of my agency's isolation, (the Dept. of Defense Dependent Schools – Europe) has developed an insular crony based siege mentality where grievances are passed amongst long-term colleagues and former co-workers, where the coin of the realm is patronage and loyalty to one another and non-teaching personnel are second class participants, where calculated unresponsiveness is the bureaucratic managers primary tool, where justice is out of reach on a practical basis.

Conclusion:

Plaintiff should be granted CM/ECF access.