AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu

**SUMMONS IN A CIVIL CASE**

V.

DoD Dependents Schools - Europe
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

CASE NUMBER   1:06CV01008

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Review

DATE STAMP: 5 30 /2006

TO: (Name and address of Defendant)

DoD Dependents Schools - Europe
Maxwell Selz
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  *Pro Se* (name and address)

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu
Pro Se

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY 3 0 2006

CLERK                                              DATE

_M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 21, 2006 |
| NAME OF SERVER *(PRINT)* MARVIN GREEN / U.S. POSTAL SVS | TITLE |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant. Place where served: _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted: _____

    G   Other (specify):  U.S. POSTAL SERVICE - CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 21, 2006          /s/ Marvin E. Green
               Date                 Signature of Server

U.S. NAVY Post Office FPO AE 09618
               Address of Server

(1) As to who may serve a summons see Rul[e]

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 5.36 |

Sent To: MAK SELZ    06-1008 RBW
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

[Article number: 7005 0100 0003 8430 3171]

[Postmark: FPO AE JUL 21 '06]

PS Form 3800, June 2002           See Reverse for Instructions