AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu

**SUMMONS IN A CIVIL CASE**

V.

DoD Dependents Schools - Europe
Maxwell Selz, Attorney for
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

CASE NUMBER   1:06CV01008

( JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Review

5 30

DATE STAMP: ██/██/2006

TO: (Name and address of Defendant)

**U.S. Attorney**
**501 3rd Street, NW,**
**Washington, DC 20001**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *Pro Se* ████████ (name and address)

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu
Pro Se

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 3 0 2006

CLERK                                          DATE

_M. Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | _July 21, 2006_ |
| NAME OF SERVER *(PRINT)*  MARVIN GREEN / U.S. POSTAL Svs | TITLE | |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant.  Place where served: _____

_____

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

**G**   Returned unexecuted: _____

_____

_____

**G**   Other (specify): ___U.S. POSTAL SERVICE - CERTIFIED MAIL___

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 21, 2006___     _____
                    Date             Signature of Server

                U.S. NAVY Post Office FPO AE 09618
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Fed[

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 5.36 |

Sent To   U.S. ATTORNEY 06-1008RBW

Street, Apt. No.; or PO Box No. _____

City, State, ZIP+4 _____

PS Form 3800, June 2002      See Reverse for Instructions