AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu

**SUMMONS IN A CIVIL CASE**

V.

DoD Dependents Schools - Europe
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

CASE NUMBER   1:06CV01008

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Review

DATE STAMP: ●/●/2006

TO: (Name and address of Defendant)

DoD Dependents Schools - Europe
Maxwell Selz
Unit 29649, Box 7000
APO AE 09096
011-49(613)460-4775
maxwell.selz@eu.dodea.edu

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  (name and address)

Marvin E. Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu
Pro Se

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY 3 0 2006

CLERK                                              DATE

_M. Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 21, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| MARVIN GREEN / U.S. POSTAL SVS | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  U.S. POSTAL SERVICE - CERTIFIED MAIL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 21, 2006
Date

_____
Signature of Server

7006 0100 0003 8430 3171

U.S. NAVY Post Office FPO AE 09618
Address of Server

---

PS Form 3800, June 2002

See Reverse for Instructions

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Sent To MAK SELZ | | |
| Street, Apt. No.; or PO Box No. OK-1008RBW | | |
| City, State, ZIP+4 | | |
| Total Postage & Fees $ 5.36 | | |
| Certified Fee 2.40 | | |
| Return Receipt Fee (Endorsement Required) 1.85 | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Postage $ | | |

U.S. NAVY JUL 21 2006 FPO AE 09618

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DoD Dependents
        Schools Europe
Att: MAX SELZ
Unit 29649 Box 7000
APO AE 09096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Tommy E Bout  28.7/6

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7006 0100 0003 8430 3171

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540