UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARVIN GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1008 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF DEFENSE | ) | |
| DEPENDENT SCHOOLS – EUROPE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2006, I caused the foregoing Motion for Extension of Time and Proposed Order to be served on Plaintiff via first class United States Mail:

MARVIN GREEN
PSC 808 Box 15
FPO AE 09618

                                           /s/
                                           KATHLEEN KONOPKA
                                           Assistant United States Attorney
                                           555 Fourth Street, NW, Room E4412
                                           Washington, DC 20530
                                           202-616-5309