UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1008 (RBW) |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF DEFENSE ) | |
| DEPENDENT SCHOOLS – EUROPE ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO COMPLAINT

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, up to and including October 16, 2006, within which to respond to Plaintiff's Complaint. Plaintiff was consulted regarding this motion by email and indicated that he consented to Defendant's request. In support of this motion, Defendant states as follows:

Plaintiff has filed a related case, Civil Action No. 06-1009, which was recently transferred to undersigned counsel. The Answer in that case is due October 16, 2006. Undersigned has been in contact with agency counsel, and anticipates filing similar dispositive motions in both these cases. Also, agency counsel is located in Europe; thus, our contact has been limited to email. The requested extension will enable undersigned to streamline the preparation of the pleadings in these cases and ensure that undersigned and agency counsel have sufficient time for consultation.

WHEREFORE, Defendant respectfully requests that the currently scheduled deadline for its response to Plaintiff's Complaint be extended up to and including October 16, 2006.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, DC
Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, DC
Bar #434122
Assistant United States Attorney

/s/
KATHLEEN KONOPKA, DC
Bar #495257
Assistant United States Attorney
202/616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2006, I caused the foregoing Motion for Extension of Time and Proposed Order to be served on Plaintiff via first class United States Mail:

MARVIN GREEN
PSC 808 Box 15
FPO AE 09618

          /s/
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth Street, NW, Room E4412
Washington, DC 20530
202/616-5309