UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARVIN GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1008 (RBW) |
| v. | ) | |
| DEPARTMENT OF DEFENSE DEPENDENT SCHOOLS – EUROPE | ) | |
| Defendant. | ) | |

ORDER

UPON CONSIDERATION of Defendant's consent motion for extension of time within which to respond to Plaintiff's Complaint, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED, and it is further,

ORDERED that Defendant's Answer or other response to Plaintiff's Complaint shall be filed by October 16, 2006.

_____
UNITED STATES DISTRICT JUDGE