Marvin,

We have nearly completed the establishment of a DoDDS IT employee handbook. In it is a requirement that all IT personnel sign in and out at their duty location. Since you are already doing that, I see no reason for you to stop.


```
David Harrison
Chief, Systems Administration Branch
Information Technology Division
DoDDS-Europe
DSN            334-2462
Commercial     +49(0)613-460-4462
E-Mail    David.Harrison@eu.dodea.edu
```

---

**From:** Green, Marvin
**Sent:** Tuesday, March 15, 2005 4:52 PM
**To:** Harrison, David
**Subject:**

Dear David,

Do you wish for me to continue checking in and out on a daily basis with either you or another you would care to designate?

My question springs from the following:

"I DO expect you to take directions from Ms. Lewallen" are the words, Dr. Ellinger, (Mediterranean District Superintendent), used in confirming my obligations regarding directives issued by the Sigonella HS principal on March 18, 2004.

"You are directed to check in […] upon your arrival at school each day and check out with me." Are the words Ms. Lewallen used in obligating me to keep an accurate accounting of my time in the workplace on May 20, 2004.

"I would like to have you check in with me each day and check out with me each day." My obligation to keep an accurate account of my time in the workplace was re-iterated by a subsequent supervisor, Ms. Galloway, Naples HS Principal, on August 16, 2004.

Do you wish to confirm or lift the last two directives?


Marvin Green

My Cell: +39(335)773-9719
My DSN: 629-4538

My E-Mail: marvin.green@eu.dodea.edu

2006-12-13