Page reissued 06/30/05
Change memo OM-FY2005-04

11. **Security Clearances.** Offers must not be delayed or denied because the registrant does not have a clearance or the required personnel security investigation has not been completed. When offered a position under such circumstances, a registrant may decline and remain in the PPP if the delay is unreasonable, or be interviewed by the security staff of the gaining activity for a preliminary decision on security clearance eligibility. Once a preliminary decision is made, the registrant may remain registered in the PPP or accept the offer, regardless of the outcome of the investigation, and be removed from the PPP. If the registrant elects to accept the offer and the gaining activity cannot place the employee within the activity pending the clearance process, the employee will remain at the registering activity, subject to ongoing reductions, until a security decision has been made. If nine months pass without a final determination on the security clearance, the registrant can re-register in the PPP for the remainder of the initial eligibility period. If the registrant accepts a subsequent offer, the gaining activity must submit a new requisition.

12. **Child Care Positions.** When a registrant receives an offer for a child care position that requires a criminal history background check as a condition of employment, the registrant may, if not currently in such a position:

    a.   Decline the offer if the delay is unreasonable and remain in PPP;

    b.   Accept the offer, be removed from PPP, and delay the reporting date until the background check is completed; or,

    c.   Accept the offer on a conditional basis and remain in PPP until the completion of the background check or until accepting or declining one subsequent offer.

13. **Medical Examinations.** Following the tentative selection of a PPP registrant, gaining activities may require a medical examination in accordance with 5 CFR Part 339, Medical Qualification Determinations. A medical examination is appropriate only for a position that has specific medical standards, physical requirements, or is covered by a medical evaluation program. Decisions to require medical examinations for PPP registrants should be consistent with decisions to require medical examinations for other tentatively selected applicants. Failure to meet a properly established medical standard or physical requirement means that the individual is not qualified for the position absent a waiver or reasonable accommodation. When a medical examination is required, the gaining activity may request that the releasing activity arrange and pay for any necessary examination prior to the employee being reassigned or transferred to a new position in another commuting area. If the position is in the same commuting area, any medical examinations required will be the responsibility of the gaining activity. Disputes on physical qualifications will be referred to the appropriate CARE Program Coordinator for resolution.

14. **Offers of Positions that Constitute Promotions.** Positions will not be offered if the placement would constitute a promotion except in unusual circumstances when pay setting policies define the nature of action as a promotion. A promotion determination is based on the basic rate of pay and not differential, locality pay, or other special salary rates.