## Unknown

**From:** Sutton, Jeff
**Sent:** Thursday, October 19, 2006 01:31
**To:** Green, Marvin
**Cc:** Harrison, David; Gladden, Gloria; Woods, Elgin; Selz, Maxwell
**Subject:** RE: Informal Grievance – Security Clearance Requirement

**Marvin,**

**I have reviewed the information below and am rejecting your informal grievance based on the requirements and guidance provided in Enclosure 5 of DS Regulation 5771.9. More specifically, your informal grievance is being rejected due to the following reasons:**

- **You did not file the grievance with your immediate supervisor. The reasons cited below for bypassing your immediate supervisor are not valid since this is a new grievance and the previous reprimand and suspension actions cited are not relevant to this grievance.**
- **The grievance does not include enough factual detail to clearly identify the issue(s) being grieved.**
- **And, the grievance was not filed in a timely manner.**

**Jeff Sutton**
**Chief, Information Technology**
**DoDDS Europe**
**DSN 334-2776**
**Comm +49 (0) 6134-604-776**

---

**From:** Green, Marvin
**Sent:** Thursday, October 12, 2006 7:13 PM
**To:** Sutton, Jeff
**Cc:** Harrison, David; Gladden, Gloria
**Subject:** Informal Grievance – Security Clearance Requirement

```
To: Jeff Sutton
From: Marvin Green
Subject: Informal Grievance – Security Clearance Requirement
Date: Oct 12, 2006
```

In the context of my recent placement by use of the PPP program; I wish to understand any recent changes in the requirement that all GS-2210 series personnel with a System Administration specialty complete a security clearance investigation.

This informal grievance that I file with you, rather than David Harrison; I do so based on DS Regulation 5771.9 Enclosure 5 paragraphs 4 and 5c - in that I have previously received a two day suspension from David Harrison for failure to submit involuntary pre-filled out standardized time sheets. In addition you were the Information Assurance Branch Chief until your recent promotion to Division Chief and have expertise in this matter.

Establishing facts that relate to matters I wish to grieve informally are:
1. In mid 2005 you initiated the application for a security clearance investigation, on the part of all GS-2210 System Administration specialists. The estimated time for completion at that time was about 2 years. I believe you submitted to DoDEA all of our

applications in Oct of '05.
a) Has this requirement changed for the System Administration specialty?
b) Have other GS-2210 specialties been added or subtracted from this requirement?
2. Of the 8 or so PPP applicants registered along with myself - Luis Ramirez and I were both notified of placement on Aug 31, 2006. This date coincided with the exact ending date of our tours. In my case I consider this to be a big favor to me as I dearly wanted my son to finish HS in place. In addition I believe we both were placed in our first choice areas. I inquired but never found out if we had a right/obligation to complete our tours. I did find in the PPP manual that employee signup 6 months in advance was electable rather than mandatory by the employee, (as was continued employment after tour expiration - electable by our agency on a non-exceptional basis).
a) Why wasn't Luis placed before the end of his tour?
b) Did we have the right to complete our tours or was this a favor to me - and if so why did Luis get the exact same day?
3. The position I have accepted with USAMITC has characteristics of being within my Systems Administration specialty, in that I will be monitoring/managing Exchange Servers - yet my future supervisor signs himself as a Customer Support Manager.
a) Have I been placed in a Sys Admin or a Customer Support job?
b) If it is a Sys Admin job - what happened to the requirement that all System Administrators need a security clearance?
c) If the requirement did change, were we notified?
d) Will my security clearance processing continue and will I be notified of the result?

Had I been placed in a Sys Admin job that required a security clearance I would have had approximately one additional year to utilize the full DoDDS-E internal grievance procedure rather than being forced to attempt this abbreviated 10 day Informal Procedure. In the context of US District Court cases 06-1008 and 06-1009 - I would have been able to more quickly and less formally seek an internal resolution, leaving only intractable issues to the court. In case 06-1009 I attempted to make the point that Gloria by allowing me to register in PPP before informing me of a decision not to pay my dependents RAT travel expenses violated the PPP rule of not signing up registrants who have outstanding grievances. Had she informed me prior to PPP registration I would have been temporarily ineligible for PPP by virtue of and outstanding grievance.

This matter of a security clearance requirement has similar elements. By my placement in a position not requiring the completion of a security clearance prior to transfer - I am prevented from pursuit of my rights in a manner most advantageous to me, namely through the full use of the internal grievance procedure. Alternately, by being forced to take matters exclusively to the court I will be forced into an arena where my amateur legal skills will place me at a disadvantage - reducing my overall chances of success.

Enclosure 6, #6(3): Personal Relief specification: The remedies I am seeking in this informal process are: 1. Answers to each of the questions posed above. 2. I ask of our agency voluntarily suspension of its right to DS Regulation 5771.9 Enclosure 6 #5 "Cancellation of Grievance, a. A grievance will be canceled: (2) When the grievant's employment terminates,..." and/or "(4) is untimely;" - in regards to any grievance matters initiated by myself in the future.

Related matters: Definitions

Deciding Official: Not sure on this one - I'll leave it up to you.

Employee: DS Regulation 5771.9 Enclosure 2 #3 "_Employee_. A present or former employee of DoDDS for whom a remedy can be provided." Apparently I can complain indefinitely but without the relief sought the agency does not have to listen or respond – which would be typical in my experience.

Fact Finder: You have the most expertise for the Fact-Finder designation but also some conflict of interest - up to you.

Investigator: No opinion.

Related matters: Timeline

2006-12-17

According to Enclosure 5, #3, you have 10 days to respond to this informal grievance, however, I am PCSing to San Antonio, Texas and will be unavailable during November 2006 – should I be required to pursue the Formal Grievance process in a timely manner – consequently I request that this informal process be expedited with all possible speed even if your response is tentative and you wish to attach a disclaimer to it.


Marvin Green
DSN: 629-4538
Cell: +39(335)773-9719
marvin.green@eu.dodea.edu

-----Original Message-----
From: Dobson, Lenny [mailto:Lenny.Dobson@eu.dodea.edu]
Sent: Wednesday, March 22, 2006 11:58
To: green, marvin
Cc: Harrison, David; Sutton, Jeff
Subject: FW: DOS Security Clearance Customer Service Center

Marvin,

Please refrain from sending Mr. Nofziger any further emails.  If you need assistance then contact David, Jeff, or myself.

Lenny

-----Original Message-----
From: green, marvin
To: Nofziger, Dan
CC: O'NealBG@state.gov; Sutton, Jeff
Sent: Tue Mar 21 18:51:58 2006
Subject: RE: DOS Security Clearance Customer Service Center

Perfect, you will hear from me in July; hopefully it will be the sound of the door slamming as I head off to State...

Thanks for your patience,

Marvin Green
Sys Admin - Mediterranean1
(gaet, lama, livo, napl, sigo)
My Desk:: 629-4538, or Cell: +39(335)773-9719
Help Desk: 334-2515 or +49(613)460-4515

-----Original Message-----
From: Nofziger, Dan [mailto:Dan.Nofziger@hq.dodea.edu]
Sent: Tuesday, March 21, 2006 3:31 PM
To: green, marvin
Cc: O'NealBG@state.gov; Sutton, Jeff
Subject: RE: DOS Security Clearance Customer Service Center

Based on my position as HQ DoDEA Personnel Security Program Manager, I will be able to verify with HRO that you either have a pending Department of Defense (DoD) background investigation or a completed and favorably adjudicated DoD background investigation, whatever the status is in July.

Daniel W. Nofziger
Personnel Security Program Manager
Office of Safety & Security
DoD Education Activity
(703) 588-3253
DSN:  425-3253

```
FAX:    (703) 588-3714


-----Original Message-----
From: green, marvin
Sent: Tuesday, March 21, 2006 7:58 AM
To: Nofziger, Dan
Cc: O'NealBG@state.gov; Sutton, Jeff
Subject: RE: DOS Security Clearance Customer Service Center

Ok. That I understand and accept.

If I go to HRO in July, amend my PPP registration, and ask them to include
for consideration jobs that require a security clearance, (because the
receiving agency will accept the DoS investigation) - will you and Jeff back
me up with HRO?


Marvin Green
Sys Admin - Mediterranean1
(gaet, lama, livo, napl, sigo)
My Desk:: 629-4538, or Cell: +39(335)773-9719 Help Desk: 334-2515 or
+49(613)460-4515

-----Original Message-----
From: Nofziger, Dan [mailto:Dan.Nofziger@hq.dodea.edu]
Sent: Tuesday, March 21, 2006 1:22 PM
To: green, marvin
Cc: O'NealBG@state.gov; Sutton, Jeff
Subject: RE: DOS Security Clearance Customer Service Center

Marvin,

     The bottom line.  The investigation initiated on you by this office
in November 2005 is the only one that will be considered for your current
position in DoDDS-E.  The investigation conducted by Department of State
(DoS) can not be considered in lieu of the pending DoD investigation.  If
you were an employee of DoS and now applying for a DoDEA position, we would
be able to utilize the DoS investigation to determine eligibility with
DoDEA.  But that is not the case here.

Regards,
Dan

Daniel W. Nofziger
Personnel Security Program Manager
Office of Safety & Security
DoD Education Activity
(703) 588-3253
DSN:   425-3253
FAX:   (703) 588-3714


-----Original Message-----
From: green, marvin
Sent: Tuesday, March 21, 2006 3:17 AM
To: Nofziger, Dan
Cc: O'NealBG@state.gov; Sutton, Jeff
Subject: RE: DOS Security Clearance Customer Service Center

I'm not sure if you are understanding what I'm after. I interviewed for a
State Dept IMS job Dec 2. I am nearing completion of the investigative
process for a security clearance. State has a target of 90 days for their
```

investigations. I'm already past that. Whether I make the final cut with Dept of State or not - already qualifying for a clearance will give me an enormous advantage. I may even decide to go back to being a contractor if I'm not picked up by State. Six months ago there was a Navy desktop contractor here soliciting - but I didn't have a security clearance.

What I want is for DoDDS-E HRO to recognize the State Dept investigation as qualifying me for DoD jobs that require a clearance. For that to happen, both you and Jeff have to agree that a State Dept. qualification is valid for DoD as well.


Marvin Green
Sys Admin - Mediterranean1
(gaet, lama, livo, napl, sigo)
My Desk:: 629-4538, or Cell: +39(335)773-9719 Help Desk: 334-2515 or +49(613)460-4515

-----Original Message-----
From: Nofziger, Dan [mailto:Dan.Nofziger@hq.dodea.edu]
Sent: Monday, March 20, 2006 7:47 PM
To: green, marvin
Cc: O'NealBG@state.gov; Sutton, Jeff
Subject: RE: DOS Security Clearance Customer Service Center

Marvin,

     I am fully knowledgeable of the reciprocity process.  As I explained to you this morning, your investigation was initiated in November 2005 and it is still pending as of this date.  Whenever the investigation is completed, it will be forwarded to our central adjudication facility for adjudication.  Therefore, there is nothing to verify in relation to a favorably completed investigation.

Daniel W. Nofziger
Personnel Security Program Manager
Office of Safety & Security
DoD Education Activity
(703) 588-3253
DSN:   425-3253
FAX:   (703) 588-3714


-----Original Message-----
From: green, marvin
Sent: Monday, March 20, 2006 11:45 AM
To: Nofziger, Dan
Cc: 'O'NealBG@state.gov'; Sutton, Jeff
Subject: FW: DOS Security Clearance Customer Service Center

Dan, I called Bill O'Neal and asked a lot of questions.
He gave me the web site below that answers my question in a general way, somewhat addressing transferring.
More specifically, he said that last Dec there was an executive order concerning reciprocity of the investigations; where agencies are now expected to accept the investigations of other executive branch agencies. He made clear that it was the employing agency that issues the clearance, however.

Anyway, assuming I am found eligible for a security clearance by Dept. of State - but not yet hired; I should be able to ask WHS to request my paperwork and then issue me one, and be eligible to apply under PPP for jobs that require one.


2006-12-17

Actually, now that I think on what you said, we only have to be eligible for one - they wouldn't actually ever issue one to us in DoDDS-E IT.

Either way, if I can tell our HRO people that I have successfully completed the investigation it would leave them free to select from a larger pool of more desirable jobs.

I guess what I want from you is to verify this reciprocity of investigations so that when I go to HRO and assert that I am already eligible for a security clearance - that you will verify it to their satisfaction.

Thanks for your help.

Marvin Green
Sys Admin - Mediterranean1
(gaet, lama, livo, napl, sigo)
My Desk:: 629-4538, or Cell: +39(335)773-9719 Help Desk: 334-2515 or +49(613)460-4515

-----Original Message-----
From: O'Neal, Billy G [mailto:O'NealBG@state.gov]
Sent: Monday, March 20, 2006 3:09 PM
To: 'marvin.green@eu.dodea.edu'
Subject: DOS Security Clearance Customer Service Center

[O'Neal, Billy G]  Mr. Green, Here are the CSC links. Ciao, Bill :-)
> Thank you for contacting the Customer Service Center for the Department of State's Office of Personnel Security & Suitability.  We will reply to your message as soon as possible and normally within 24 hours of its receipt. Many of your questions about the security clearance process may be answered by visiting our Internet site at http://www.state.gov/m/ds/clearances or our Intranet site at http://pss.ds.state.gov.  We may also be contacted by calling toll free in the US, 1-866-643-INFO (4636), or (571) 345-3186.


7. Will my clearance be transferable to other federal agencies?
Federal agencies will normally accept another agency's investigation as the basis for granting a security clearance, provided your last security clearance investigation was completed within the past 5 years for a Top Secret clearance and 10 years for a Secret clearance, and you have not had a break in service of more than 2 years. Also considered is whether there have been any significant changes in your situation since your last investigation. Some federal agencies might have additional investigative or adjudicative requirements that must be met prior to their accepting a clearance granted by another agency.