I got it.  Thanks. Tim

---

**From:** Green, Marvin [mailto:Marvin.E.Green@eu.dodea.edu]
**Sent:** Sunday, August 27, 2006 7:32 PM
**To:** Scott, Timothy W
**Subject:** RE: I found the rental contract

Did you get this OK? Are we done now?

**Marvin Green**
DSN: 629-4538
Cell: +39(335)773-9719
marvin.green@eu.dodea.edu

---

**From:** Scott, Timothy W [mailto:ScottTW@state.gov]
**Sent:** Tuesday, August 22, 2006 16:33
**To:** Green, Marvin
**Subject:** RE: I found the rental contract

Hi again Marvin.  Thanks for the rental agreement.  In addition, please have your wife could fax the current Enel bill and the rent receipt, and I believe we can close this particular issue.  She can fax it to 06-4674-2328.  Thanks, again, Tim

---

**From:** Green, Marvin [mailto:Marvin.E.Green@eu.dodea.edu]
**Sent:** Monday, August 21, 2006 7:29 PM
**To:** Scott, Timothy W
**Subject:** I found the rental contract

```
View of house and view from the balcony looking south toward Syracuse. All for 671 Euros
per month. Unbelievably lucky run I had on this one.

The phone number on the rental contract is still good - except you have to dial Catania
095 area code first.

095-437-718
095-448-681

Landlord and wife live in Catania with son and wife - but stay in that downstairs area
each summer for about 2 or 3 months. They are at the house now.

I think both the numbers will get Vincenzo Jr. in Catania - he speaks fair English. Not
sure though it might get you to Mrs. Levi in Pedara.

I was just there this past Saturday and paid Sept. rent.

My wife can fax you the Enel bill for last month and the rent receipt for Sept. if you
still want it.

-----Original Message-----
From: Scott, Timothy W [mailto:ScottTW@state.gov]
Sent: Monday, August 21, 2006 14:49
To: Green, Marvin
Subject: RE: The electric bill is in my name, haven't found the rental contract yet, do
you want me to keep trying?

Hi Marvin.  I noticed that the bills you sent are from 2001 and 2002.
Do you (or your family) still maintain a residence at that address?  If
so,  I would need something more current.  Thank you, Tim Scott

-----Original Message-----
```

2006-12-17

```
From: Green, Marvin [mailto:Marvin.E.Green@eu.dodea.edu]
Sent: Monday, August 21, 2006 1:55 PM
To: Scott, Timothy W
Subject: The electric bill is in my name, haven't found the rental
contract yet, do you want me to keep trying?

 <<m_green_recon010001.PDF>>   <<m_green_recon_electricity01a.PDF>>
<<m_green_recon_electricity01b.PDF>>
The message is ready to be sent with the following file or link
attachments:

m_green_recon010001.PDF
m_green_recon_electricity01a.PDF
m_green_recon_electricity01b.PDF


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your
e-mail security settings to determine how attachments are handled.
```