**Unknown**

| | |
|---|---|
| **From:** | Green, Marvin E Mr USAMITC |
| **Sent:** | Thursday, November 30, 2006 08:26 |
| **To:** | 'James, Wanda M' |
| **Subject:** | RE: Please inform the Registrar's Office of any changes to your mailing address, e-mail address, telephone numbers and/or family status. |

Hi Wanda,

I'm not really sure what to make of your response.

In the last month I have change jobs, countries, addresses, phone numbers, e-mail addresses etc., etc.

The green handbook said to inform the Registrar's Office. Are you the Registrar?

In any case, I'd also like to inform the Security Clearance office if you can tell me who Bill O'Neal's replacement is. I think my new job with the Army may require a security clearance and I would hate to start the paperwork again if one is nearly complete.


Thanks,

Marvin Green

DSN: 421-3228
Desk: (210)295-3228
Cell:   (210)389-6231
e-mail: marvin.e.green@us.army.mil


-----Original Message-----
From: James, Wanda M [mailto:JamesWM@state.gov]
Sent: Wednesday, November 29, 2006 1:55 PM
To: Green, Marvin E Mr USAMITC
Subject: RE: Please inform the Registrar's Office of any changes to your mailing address, e-mail address, telephone numbers and/or family status.


Our security office has not asked for any additional information at this time.

-----Original Message-----
From: Green, Marvin E Mr USAMITC [mailto:marvin.e.green@us.army.mil]
Sent: Tuesday, November 28, 2006 10:01 AM
To: jameswm@state.gov
Cc: shiversk@state.gov; piersondc@state.gov
Subject: Please inform the Registrar's Office of any changes to your mailing address, e-mail address, telephone numbers and/or family status.


On Oct. 5 I started work for the Army in San Antonio Texas. My dependents have been approved for delayed return pending my son's graduation from High School in June. He is maintaining a 3.5 GPA and will be going to Cal State San Diego with his buddy rather than UCSB in the Fall. My wife has established her intent to return to California and we have now been living separately for 2 years. Neither will be accompanying me on any possible assignments although I will continue to support them financially until my son completes his education.

I can guess why my clearance may be taking so long; but wish to see it through to completion. Let me know what other steps I need to take to provide my new contact information or explanations where needed at State to facilitate my application.

```
Thanks,

Marvin Green

Work Address:

USAMITC (U.S. Army Medical Information Technology Center)
Att: Marvin Green
2710 Howitzer St. Bldg 2372
San Antonio, TX 78234

Work: (210)295-3228
Cell: (210)389-6231
DSN:       421-3228
e-mail: marvin.e.green@us.army.mil

Home Address:

220 Pinckney St. Apt. B
San Antonio, TX 78209

Home: (210)824-0959

-----Original Message-----
From: System Administrator [mailto:postmaster@State.gov]
Sent: Monday, November 27, 2006 11:32 AM
To: Green, Marvin E Mr USAMITC
Subject: Undeliverable: RE: DOS Security Clearance Customer Service Center

Your message

  To:      O'Neal, Billy G
  Subject: RE: DOS Security Clearance Customer Service Center
  Sent:    Mon, 27 Nov 2006 12:31:00 -0500

did not reach the following recipient(s):

o'nealbg@state.gov on Mon, 27 Nov 2006 12:31:33 -0500
    The recipient name is not recognized
      The MTS-ID of the original message is: c=us;a=
;p=gov+dos;l=NCCSMTP10611271731XX2Q7H4W
    MSEXCH:IMS:GOV+DOS:NCC:NCCSMTP1 0 (000C05A6) Unknown Recipient
```

2