UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARVIN E. GREEN            )
                           )
    Plaintiff,         )
                           )
    v.                 )   Civil Action No.  06-1008 (RBW)
                           )
DOD DEPENDENT SCHOOLS - EUROPE, )
                           )
    Defendant.         )
_____)

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of September, 2007

**ORDERED** that the defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6) is **GRANTED** . It is further

**ORDERED** that the defendant's motion to change venue is **DENIED** as moot. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge